189

**No. 49945.**—Protests 966587–G, etc., of Chong Sing & Co. et al.    (San Francisco):

Opinion by CLINE, J.    It was stipulated that the merchandise is similar in all material respects to that the subject of Abstract 42516.    The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 49946.**—Protests 35348–K, etc., of Edward Boote (New York).

Opinion by KEEFE, J.    It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Copeland & Thompson* v. *United States* (12 Cust. Ct. 85, C. D. 833).    In accordance therewith the merchandise was held dutiable at 30 percent ad valorem and 10 cents per dozen pieces under paragraph 211, as amended by T. D. 49753, as saucers valued at not less than 45 cents per dozen.    The protests were sustained to this extent.

**No. 49947.**—Protest 61504–K of T. D. Downing Co. (Boston).

Opinion by KEEFE, J.    In accordance with stipulation of counsel sole crepe rubber similar in all material respects to that the subject of *United States* v. *F. Lester Kittle* (31 C. C. P. A. 233, C. A. D. 276) was held entitled to free entry as claimed.

**No. 49948.**—Protest 111371–K of F. Lester Kittle, Inc. (New York).

Opinion by KEEFE, J.    In accordance with stipulation of counsel sole crepe rubber similar in all material respects to that the subject of *United States* v. *F. Lester Kittle* (31 C. C. P. A. 233, C. A. D. 276) was held entitled to free entry as claimed.

**No. 49949.**—Protest 102890–K of Jacques Missir (New York).

Opinion by KEEFE, J.    At the trial it was agreed between counsel that the facts as stated by the collector in his memorandum accompanying the protest papers are true.    The collector stated that the withdrawal permit shows an endorsement by the United States Inspector of Customs to the effect that one case was manifested not found and that the claim was well founded.    The collector was therefore directed to make refund accordingly.